## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:13-CR-0210-09** |
| | : | |
| | : | **(Chief Judge Conner)** |
| **v.** | : | |
| | : | |
| **ARTURO LUNA**, | : | |
| | : | |
| **Defendant** | : | |

### <u>ORDER</u>

AND NOW, this 3rd day of March, 2015, upon consideration of defendant's motion (Doc. 387) for severance and defendant's unopposed motion (Doc. 386) to dismiss the indictment, wherein defendant avers that the government's allegations and evidence fail to provide the requisite support for the offenses with which defendant has been charged in the above-captioned action, and upon further consideration of the government's response (Doc. 412) to defendant's motions, wherein the government concurs that dismissal of the indictment as to defendant is appropriate in the above-captioned action, and finding that dismissal of the indictment as to defendant is warranted under the circumstances, it is hereby ORDERED that:

1.      Defendant's motion (Doc. 386) to dismiss the indictment is GRANTED. All counts in the superseding indictment (Doc. 34) are DISMISSED as to defendant.

2.      Defendant's motion (Doc. 387) for severance is DENIED as moot.


/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania